No. 871. GRAND LODGE OF FREE AND ACCEPTED MASONS OF THE STATE OF MISSISSIPPI ET AL., PETITIONERS, *v.* VICKSBURG LODGE, NO. 26, OF FREE AND ACCEPTED MASONS ET AL. March 25, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. Robert B. Mayes* for petitioners. *Mr. J. C. Bryson* for respondents.

No. 900. CINCINNATI NORTHERN RAILROAD COMPANY, PETITIONER, *v.* LEO GUY. March 25, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Harry N. Quigley* for petitioner. *Miss Corinne L. Rice* and *Mr. Alonzo H. Ranes* for respondent.

No. 902. CITY OF CLEVELAND, PETITIONER, *v.* VIOLA M. NICHOLS. March 25, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Alfred Clun* for petitioner. *Mr. E. G. Guthery* for respondent.

No. 917. COOPER HEWITT ELECTRIC COMPANY, PETITIONER, *v.* GENERAL ELECTRIC COMPANY. March 25, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas B. Kerr* and *Mr. Parker W. Page* for petitioner. *Mr. John C. Pennie* for respondent.

No. 901. W. C. STERRETT, AS RECEIVER, ETC., PETITIONER, *v.* SECOND NATIONAL BANK OF CINCINNATI.

OHIO.  April 1, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted.  *Mr. Forney Johnston* and *Mr. Edmund H. Dryer* for petitioner.  No appearance for respondent.

---

No. 935.  ERIK SANDBERG ET AL., PETITIONERS, *v.* JOHN McDONALD, CLAIMANT, ETC.  April 1, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted.  *Mr. Alex. T. Howard* and *Mr. J. W. Waguespack* for petitioners.  *Mr. Palmer Pillans* for respondent.

---

No. 936.  PAUL NIELSEN ET AL., PETITIONERS, *v.* RHINE SHIPPING COMPANY, CLAIMANT, ETC.  April 1, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Silas B. Axtell* for petitioners.  *Mr. Roscoe H. Hupper* for respondent.

---

No. 937.  JOHN HARDY ET AL., PETITIONERS, *v.* SHEPARD & MORSE LUMBER COMPANY, CLAIMANT, ETC.  April 1, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted.  *Mr. Silas B. Axtell* for petitioners.  *Mr. Roscoe H. Hupper* for respondent.

---

No. 893.  CONSOLIDATION COAL COMPANY, PETITIONER, *v.* CARRIE SALYER, ADMINISTRATRIX, ETC.  April 1, 1918. Petition for a writ of certiorari to the United States Cir-